**1087 ATTORNEY GENERAL vs. REGENTS OF THE UNIVERSITY, 30 M., 472.**

To compel the appointment of a professor of homeopathy.

Denied May 13, 1869.

The Act of 1855, p. 232, assumed to limit the power of the

regents to regulate the management of the university by enacting the following proviso: Provided, that there shall always be at least one professor of homeopathy in the department of medicine.

The court was equally divided upon the question, whether the Legislature had power under the Constitution to exercise any such authority over the regents.